UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR1312 JAH |
|---|---|---|
| Plaintiff, | ) | **ORDER DENYING JOINT MOTION FOR ORDER COMPELLING PROBATION DEPARTMENT TO CALCULATE DEFENDANT'S CRIMINAL HISTORY POINTS AND CRIMINAL HISTORY CATEGORY** |
| v. | ) | |
| LIEM THANH LAM, | ) | |
| Defendant. | ) | |

The parties have jointly moved to compel the Probation Department to calculate defendant's criminal history points and criminal history score. The Court is not convinced that the resources and databanks for obtaining the most accurate criminal histories are any greater within the Probation Department than those available to the Executive Branch of the government. Therefore, the joint motion is **DENIED.**

Dated:    January 17, 2008

_____
JOHN A. HOUSTON
United States District Judge

07cr1312